IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SHERMAN WILSON,** *Plaintiff,* § § § | |
| § | 1:25-CV-01110-ADA |
| *v.* § § | |
| **OFFICER ANDIARA CODERO,** *Defendant*. § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding Plaintiff Sherman Wilson's application to proceed in forma pauperis. ECF No. 2. The report and recommendation was filed on August 25, 2025. Judge Hightower granted Henderson's application to proceed in forma pauperis. The report further recommended that the District Court **DISMISS WITH PREJUDICE** Wilson's lawsuit as duplicative and malicious under 28 U.S.C. § 1915(e)(2)(B)(i). This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on September 9, 2025. ECF No. 6. The Court has conducted a

*de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 4) is **ADOPTED**.

**THEREFORE,** it is ordered that this cause be **DISMISSED WITH PREJUDICE.**

**SIGNED** this 10th day of September, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE